UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br>  v.<br><br>DEWAYNE MORRIS, JUNIOR (2),<br><br>           Defendant. | Case No. 22-CR-1037-WQH<br><br>**ORDER OF RESTITUTION** |

IT IS HEREBY ORDERED:

1. Pursuant to 18 U.S.C. § 3663A(a)(1), Defendant Dewayne Morris, Junior, (hereinafter "Defendant" or "Junior") shall pay restitution in the amount of **$956,083.26** as a result of Defendant's convictions for conspiracy, in violation of 18 U.S.C. § 371 and bank fraud, in violation of 18 U.S.C. §§ 1344(2) and 2. Restitution shall be paid to the victims in listed in Attachment A in the specified amounts, pro rata.

2. Defendant's restitution shall be joint and several with all co-defendants and co-conspirators ordered to pay restitution for the same losses, as set forth in Attachment A. A defendant's restitution shall be credited in proportion to the amount of restitution shared between the defendant making the payment and the defendant receiving credit for the payment.

3. Defendant shall make a bona fide effort to pay restitution in full as soon as practicable.

4. After considering the factors set forth in 18 U.S.C. § 3664(f)(2), the Court finds that the Defendant has the ability to pay the restitution as set forth in the following payment schedule:

  a. During any period of incarceration, Defendant shall pay restitution through the Inmate Financial Responsibility Program at the rate of 50% of Defendant's income, or $25.00 per quarter, whichever is greater.

  b. Upon release from custody, Defendant shall pay restitution at the rate of $150 per month, subject to modification upon further agreement of the parties or order of the Court.

5. This payment schedule does not foreclose the United States from exercising all legal actions, remedies, and process available to collect the restitution judgment, including but not limited to remedies pursuant to 18 U.S.C. §§ 3613 and 3664(m)(1)(A).

6. Defendant shall forward all restitution payments, by bank or cashier's check or money order payable to the "Clerk, U.S. District Court," to:

> Clerk of the Court
> United States District Court
> Southern District of California
> 333 West Broadway, Suite 420
> San Diego, CA 92101

7. The Court has determined that Defendant does not have the ability to pay interest. The interest requirement is waived pursuant to 18 U.S.C. 3612(f)(3)(A).

8. Until restitution has been paid, Defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in Defendant's economic circumstances that might affect Defendant's ability to pay restitution no later than thirty days after the change occurs. *See* 18 U.S.C. § 3664(k).

9. Until restitution has been paid, Defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in mailing or residence address, no later than thirty days after the change occurs. *See* 18 U.S.C. § 3612(b)(1)(F).

Dated: January 8, 2025

              *[signature]*
              Hon. William Q. Hayes
              United States District Court

# ATTACHMENT A

| Financial Institution | Amount | Joint and Several Liability |
|---|---|---|
| Allied Healthcare FCU | $2,000.00 | Senior, Junior, and Cynthia Romero |
| Bank of the West | $2,000.00 | Senior, Junior, and Talin Zorian |
| BBVA Compass Bank | $26,000.00 | Senior, Junior, and Curtis Portley |
| BBVA Compass Bank | $25,000.00 | Senior, Junior, and Rickey Ward |
| BBVA Compass Bank | $13,000.00 | Senior, Junior, and Sara Denney |
| BBVA Compass Bank | $11,000.00 | Senior, Junior, and Talin Zorian |
| BBVA Compass Bank | $5,000.00 | Senior, Junior, and Myia Morgan |
| Bank of America, N.A. | $148,000.00 | Senior, Junior, and Talin Zorian |
| Bank of America, N.A. | $29,000.00 | Senior, Junior, and Curtis Portley |
| Bank of America, N.A. | $25,000.00 | Senior, Junior, and Sara Denney |
| Bank of America, N.A. | $25,000.00 | Senior, Junior, and Rickey Ward |
| Bank of America, N.A. | $4,000.00 | Senior, Junior, and Myia Morgan |
| Bank of America, N.A. | $4,000.00 | Senior, Junior, and Cynthia Romero |
| California Bank & Trust | $6,000.00 | Senior, Junior, and Sara Denney |
| California Bank & Trust | $2,000.00 | Senior, Junior, and Curtis Portley |
| CitiBank | $43,000.00 | Senior, Junior, and Talin Zorian |
| CitiBank | $16,000.00 | Senior, Junior, and Sara Denney |
| CitiBank | $10,000.00 | Senior, Junior, and Cynthia Romero |
| CitiBank | $9,000.00 | Senior, Junior, and Myia Morgan |
| CitiBank | $1,000.00 | Senior, Junior, and Curtis Portley |
| Comerica Bank California | $7,000.00 | Senior, Junior, and Myia Morgan |
| Credit Union of Southern California | $1,000.00 | Senior, Junior, and Curtis Portley |
| Farmers & Merchants Bank Long Beach | $2,000.00 | Senior, Junior, and Cynthia Romero |
| Fedex Employees Credit Assn FCU | $4,000.00 | Senior, Junior, and Cynthia Romero |
| Golden 1 Credit Union | $8,000.00 | Senior, Junior, and Curtis Portley |
| Golden 1 Credit Union | $3,000.00 | Senior, Junior, and Talin Zorian |
| Logix Fed Credit Union | $9,000.00 | Senior, Junior, and Talin Zorianm |
| Mission Fed Credit Union | $9,000.00 | Senior, Junior, and Curtis Portley |
| Northrup Federal Credit Union | $4,000.00 | Senior, Junior, and Cynthia Romero |
| Nuvision Fed Credit Union | $8,000.00 | Senior, Junior, and Cynthia Romero |
| PenFed Credit Union | $6,000.00 | Senior, Junior, and Myia Morgan |
| Rize Credit Union (formerly Southern California Edison Credit Union) | $2,000.00 | Senior, Junior, and Cynthia Romero |
| San Diego County Credit Union | $39,000.00 | Senior, Junior, and Curtis Portley |
| San Diego County Credit Union | $19,083.26 | Senior, Junior, and Sara Denney |

| Financial Institution | Amount | Joint and Several Liability |
|---|---|---|
| Technicolor Federal Credit Union | $2,000.00 | Senior, Junior, and Talin Zorian |
| US Bank | $29,000.00 | Senior, Junior, and Cynthia Romero |
| US Bank | $26,000.00 | Senior, Junior, and Talin Zorian |
| US Bank | $22,000.00 | Senior, Junior, and Rickey Ward |
| US Bank | $16,000.00 | Senior, Junior, and Christian Jefferson |
| US Bank | $13,000.00 | Senior, Junior, and Myia Morgan |
| US Bank | $9,000.00 | Senior, Junior, and Sara Denney |
| US Bank | $4,000.00 | Senior, Junior, and Curtis Portley |
| Water and Power Community Credit Union | $22,000.00 | Senior, Junior, and Cynthia Romero |
| Wells Fargo Bank | $129,000.00 | Senior, Junior, and Talin Zorian |
| Wells Fargo Bank | $60,000.00 | Senior, Junior, and Curtis Portley |
| Wells Fargo Bank | $42,000.00 | Senior, Junior, and Rickey Ward |
| Wells Fargo Bank | $41,000.00 | Senior, Junior, and Sara Denney |
| Wells Fargo Bank | $14,000.00 | Senior, Junior, and Cynthia Romero |